IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-250-SLR |
| v. | ) |
| | ) |
| CREATIVE TECHNOLOGY LTD and | ) |
| CREATIVE LABS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims and counterclaims in this action between Plaintiff and the Defendants are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

| | |
|---|---|
| BAYARD, P.A. | ASHBY & GEDDES |
| */s/ Stephen B. Brauerman* | */s/ John G. Day* |
| Richard D. Kirk (#922) | John G. Day (#2403) |
| Stephen B. Brauerman (# 4952) | Andrew C. Mayo (#5207) |
| Vanessa R. Tiradentes (#5398) | 500 Delaware Avenue, 8th Floor |
| 222 Delaware Avenue, Suite 900 | P.O. Box 1150 |
| P.O. Box 25130 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 654-1888 |
| (302) 655-5000 | jday@ashby-geddes.com |
| rkirk@bayardlaw.com | amayo@ashby-geddes.com |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 2014.

_____
The Honorable Sue L. Robinson